UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 24-CR-173 (4) (DSD/DLM) |
| | ) | |
| v.                          Plaintiff, | ) | **DEFENDANT'S MOTION FOR** |
| | ) | **DOWNWARD VARIANCE** |
| ABDULKARIM SHAFII FARAH, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant, Abdulkarim Shafii Farah, through his undersigned counsel, respectfully moves this Court for a downward variance.

This motion is made on all the files and records in the case, the Position Regarding Sentencing filed in this matter, 18 U.S.C. §3553(a) factors, including: (1) reflecting the seriousness of the crimes for which the defendant was convicted; (2) promoting respect for the law; (3) providing a just punishment that is consistent with other sentences of like kind and related defendants, (4) rendering a sentence that is an adequate deterrent against future criminal behavior, and (5) upon such other and further points and authorities as may subsequently be presented to the Court.

Defendant is respectfully asking this Court for a sentence of time already served in

1

federal custody.  Such a sentence would be fair and just punishment.

Respectfully submitted,

DEVORE LAW OFFICE, P.A.

Dated: October 23, 2025

*s/Kevin W. DeVore*

Kevin W. DeVore, #267302
Attorney for Abdulkarim Shafii Farah
724 Bielenberg Drive, Suite 110
Woodbury, MN  55125
(651) 435-6500