# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## SENTENCING HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES** |
| | BEFORE: Hon. Eric C. Tostrud |
| | United States District Judge |
| Plaintiff, | |
| | Case No.:        24-CR-173(4) (ECT/DLM) |
| v. | Date:             March 4, 2026 |
| | Court Reporter: Tim Willette |
| ABDULKARIM SHAFII FARAH | Courthouse:     St. Paul |
| | Courtroom:      7D |
| | Time in Court:  10:10 a.m. – 10:50 a.m. |
| Defendant. | Total Time:      40 Minutes |

**APPEARANCES:**

|  |  |
|---|---|
| For Plaintiff: | Matthew Murphy, United States Attorney's Office |
| For Defendant: | Kevin DeVore, DeVore Law Office, P.A. ☐ FPD, ☐ CJA, ☑ Retained, ☐ Appointed |

Interpreter/Language:        None / English

☑  Sentencing Hearing.

**IT IS ORDERED:**

| Count No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 2 | X | | 57 months | | 1 year | | |

☑ Special Conditions of:              *See J&C for special conditions.*

☑ Defendant sentenced to pay:
    ☑ Special assessment in the amount of $100.00 for Count 2.

☑ Government Motion to Dismiss Counts 1 and 3 is GRANTED.
☑ ECF No. 42 shall be sealed until 3/4/2031.
☑ Defendant remanded to the U.S. Marshal.

s/ R. Morton
Courtroom Deputy